# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

QURAN DAYMAN ALI INGRAM,

    Petitioner,

v.

DANIEL HOLBROOK,

    Respondent.

CASE NO. 3:17-CV-05678-RBL-DWC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

Dated this 3rd day of October, 2017.

David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1